JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GUOHANG ZHANG,

Plaintiff,

v.

ARBY'S RESTAURANT GROUP, INC.,

Defendants.

Case No. 2:26-cv-03092-AB (AYPx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not completed.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  May 29, 2026

_____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1